| PROB 22 (TXN Rev. 5/05) | | CASE NUMBER(TRANS.COURT) 2:07-CR-063-J(01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED 08 JAN 25 AM 9: | CASE NUMBER (REC.COURT) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Henry Schneider | Northern District of Texas | Amarillo |
| | NAME OF SENTENCING JUDGE U.S. District Judge Mary Lou Robinson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/4/2008 | TO 1/3/2009 |

OFFENSE
Misprision of Felony, 18 USC § 4

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Texas, Amarillo Division__

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the __Northern District of California, San Francisco Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/15/08
Date

_[signature]_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California, San Francisco Division__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/23/08
Effective Date

_[signature]_
U.S. District Judge