## United States District Court
### Northern District of Texas

Clerk of Court

205 C. 5ᵗʰ Street, Box J-13240
Amarillo, Texas 79101
Telephone: 806/324-2352

January 31, 2008

U. S. District Clerk
Internal Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re:    Transfer of Jurisdiction of Probationer David henry Schneider
       CR 08-0037-CRB

Dear Clerk:

        Pursuant to the Transfer of Jurisdiction of the above named defendant, David Henry
Schneider, to the Northern District of California, San Francisco Division, please find the
enclosed certified copies of the following:

1. Transfer of Jurisdiction
2. Indictment
3. Judgment and Commitment Order
4. Docket Entries
5. Financial Payment History

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this
office in the envelope also provided.

                        Sincerely,
                        KAREN MITCHELL, CLERK

                        Jeanetta Hetrick
                        Jeanetta Hetrick
                        Deputy Clerk

Enclosure
cc: USP Amarillo

RECEIVED this _____ day of _____, 2008 and assigned case number

_____.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BY:_____

Case 2:07-cr-00063    Document 35    Filed 01/31/2008    Page 1 of 1

PROB 22
(TXN Rev. 5/05)

# TRANSFER OF JURISDICTION

08 JAN 2

| | CASE NUMBER(TRANS.COURT) |
|---|---|
| | 2:07-CR-063-J(01) |
| | CASE NUMBER (REC.COURT) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE    COURT DISTRICT | DIVISION |
|---|---|
| David Henry Schneider    NORTHERN DISTRICT OF TEXAS    Northern District of Texas | Amarillo |

FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

| NAME OF SENTENCING JUDGE |
|---|
| U.S. District Judge Mary Lou Robinson |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 1/4/2008 | 1/3/2009 |

| OFFENSE |
|---|
| Misprision of Felony, 18 USC § 4 |

CR-08      0037 CRB

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Texas, Amarillo Division__

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named

above be transferred with the records of this Court to the U.S. District Court for the __Northern District of California, San Francisco__

__Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation

or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/15/08
_____
    Date

_____
    U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California, San Francisco Division__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and
assumed by this Court from and after the entry of this order.

Certified a true copy of an instrument
on file in my office on _1-31-08_
Clerk, U.S. District Court,
Northern District of Texas,
By _____ Deputy

1/23/08
_____
    Effective Date

_____
    U.S. District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| V. | § | NO. | 2-07-CR-063 |
| | § | | |
| DAVID HENRY SCHNEIDER | § | | |

## INDICTMENT

The Grand Jury charges:

### Count One
### Money Laundering Conspiracy
(Violation of 18 U.S.C. § 1956(h))

Beginning in and around January 27, 2007, and continuing until on or about

February 2, 2007, in the Amarillo Division of the Northern District of Texas, and

elsewhere, the defendant, **David Henry Schneider,** did unlawfully, knowingly and

intentionally combine, conspire, confederate and agree with others unknown to the grand

jury, to knowingly and intentionally conduct and attempt to conduct financial transactions

knowing that the property involved in the financial transactions represented the proceeds

of a specified unlawful activity, that is, narcotic distribution, and did so with the intent

that the financial transactions, which affected interstate and foreign commerce, promote

the carrying on of a specified unlawful activity and knowing that the transactions were

designed in whole and in part to conceal and disguise the nature, location, source,

ownership and control of the proceeds of a specified unlawful activity, in violation of 18

**Indictment - Page 1**

Certified a true copy of an instrument
on file in my office on _1-31-08_
Clerk, U.S. District Court,
Northern District of Texas
By _Jeanette Hetrick_ Deputy

U.S.C. § 1956(a)(1).

## MANNER AND MEANS

It was part of the conspiracy that the defendant, and others unknown, conducted

financial transactions involving illegal drug proceeds in order to arrange for and facilitate

the ongoing purchase, storage, transportation, sale and distribution of controlled

substances and the ongoing transportation and distribution of currency derived from this

illegal activity.

In violation of 18 U.S.C. § 1956(h).

A TRUE BILL

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

REDACTED

_____
VICKI LAMBERSON
Assistant United States Attorney
Texas State Bar No. 10081500
500 South Taylor, Suite 300, Box 238
Amarillo, Texas 79101
Tel: 806.324.2356
Fax: 806.324.2399
vicki.lamberson@usdoj.gov

Indictment - Page 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

### THE UNITED STATES OF AMERICA

V.

### DAVID HENRY SCHNEIDER

### INDICTMENT

18 U.S.C. § 1956(h)
Money Laundering Conspiracy

1 Count

A true bill rendered:

AMARILLO

Filed in open court this 21st day of February, A.D., 2007.

_Sharon Fault_          _Deputy_          Clerk

Defendant on bond.

UNITED STATES DISTRICT JUDGE

Pending Criminal Complaint No. 2:07-MJ-12

**Indictment Cover**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☐ Yes ☒ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number:_____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number ___2:07-MJ-12_____

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes   ☐ No

Defendant Name:        DAVID HENRY SCHNEIDER        **2-07-CR-063**

Alias Name:

Address:            1922 Vista Del Mar Ave., #3, Los Angeles, CA

County in which offense was committed:        Potter

2.  **U.S. Attorney Information**

AUSA _LAMBERSON, Vicki_____    Bar # ___10081500_____

3.  **Interpreter**

☐ Yes   ☐ No        If Yes, list language and/or dialect:

4.  **Location Status**

Arrest Date: 02/05/07

☐        Already in Federal Custody as of_____, in _Amarillo, TX_____.
☐        Already in State Custody
☒        On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant:    1        ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC 1956(A) | Laundering of Monetary Instruments | 1 |

Date _2-13-07_____        Signature of AUSA: _/s/_____

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1   TXND Mod - 09/28/04

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

# UNITED STATES DISTRICT COURT

**Northern** District of **Texas - Amarillo**    JUN 1 9 2007

CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | |
| **DAVID HENRY SCHNEIDER** | Case Number: **2:07-cr-063-J(01)** |
| | USM Number: **35851-177** |
| | **Selden Hale** |
| | Defendant's Attorney |

### THE DEFENDANT:

☑ pleaded guilty to count(s)    **one (1) of the one-count Superseding Information filed April 11, 2007**

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §4 | Misprision of Felony | 1/27/07 | 1s |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  **1 of Original Indictment**    ☑ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**June 19, 2007**
Date of Imposition of Judgment

_Signature of Judge_

**MARY LOU ROBINSON**
**U. S. DISTRICT JUDGE**
Name and Title of Judge

**June 19, 2007**
Date

Certified a true copy of an instrument
on file in my office on _1-31-08_
Clerk, U.S. District Court,
Northern District of Texas
By _Jeanette Helms_ Deputy

AO 245B    (Rev. 12/03) Judgment in Criminal Case
           Sheet 2 — Imprisonment   TXND Mod - 9/28/04

Judgment — Page ____2____ of ____6____

DEFENDANT: **DAVID HENRY SCHNEIDER**
CASE NUMBER: **2:07-cr-063-J(01)**

## IMPRISONMENT

Pursuant to the Sentencing Reform Act of 1984, but taking the Guidelines as advisory pursuant to United States v. Booker, and considering the factors set forth in 18 U.S.C. Section 3553(a), the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **6 months**

[✓] The court makes the following recommendations to the Bureau of Prisons:
**that defendant be incarcerated as close to San Francisco, CA, as is consistent with defendant's classification.**

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ [ ] a.m.   [ ] p.m.   on _____ .

    [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [✓] before **2:00 p.m.** on _____ **July 10, 2007 at his own expense.** .

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page    3    of    6

DEFENDANT: **DAVID HENRY SCHNEIDER**
CASE NUMBER: **2:07-cr-063-J(01)**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **1 year**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page ____4____ of ____6____

DEFENDANT: **DAVID HENRY SCHNEIDER**
CASE NUMBER: **2:07-cr-063-J(01)**

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

2.  The defendant shall report in person to the U. S. Probation Office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons.

3.  The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Officer.

4.  The defendant shall provide to the U.S. Probation Officer any requested financial information.

5.  The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5.00 per month.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties   TXND Mod 2 - 09/28/04

Judgment — Page ____5____ of ____6____

DEFENDANT: **DAVID HENRY SCHNEIDER**
CASE NUMBER: **2:07-cr-063-J(01)**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | **$ 100.00** | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution), payable to the U.S. District Clerk to be disbursed to the following payee(s) in the amount(s) listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|
| | | |

| **TOTALS** | $ _____ |
|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments    TXND Mod 1 - 09/28/04

Judgment — Page    <u>6</u>    of    <u>6</u>

DEFENDANT: **DAVID HENRY SCHNEIDER**
CASE NUMBER: **2:07-cr-063-J(01)**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐   Lump sum payment of $ _____ due immediately, balance due

     ☐   not later than _____ , or
     ☐   in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of xxxxxxxxxxxx (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑   Special instructions regarding the payment of criminal monetary penalties:
     **It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. Said special assessment shall be made to the Clerk, U. S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the U.S. District Clerk, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States: See Sheet 6B.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, ECF

# U.S. District Court
## Northern District of Texas (Amarillo)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00063-1
### Internal Use Only

Case title: USA v. Schneider
Magistrate judge case number: 2:07-mj-00012

Date Filed: 02/21/2007
Date Terminated: 06/19/2007

Assigned to: Judge Mary Lou Robinson

## Defendant (1)

**David Henry Schneider**
*TERMINATED: 06/19/2007*

represented by **Selden B Hale, III**
Law Offices of Selden B Hale
310 W 6th Ave
Amarillo, TX 79101
806/372-5711
Fax: 806/372-1646
Email: sbhale310@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

18:4 MISPRISON OF FELONY
(1s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1956(h) - MONEY LAUNDERING
CONSPIRACY
(1)

## Highest Offense Level (Terminated)

Felony

## Disposition

Deft committed to custody BOP for a
term of 6 months; S/R 1 year w/standard
and special conditions; S/A $100.00

## Disposition

Dismissed on Govt Motion

Certified a true copy of an instrument
on file in my office on _1-31-08_
Clerk, U.S. District Court,
Northern District of Texas.
By _Janetta Getsuch_ Deputy

## Complaints

## Disposition

18:1956(h) money laundering

## Plaintiff

USA

represented by **Vicki Carlene Lamberson**
US Attorney's Office
500 S Taylor
Suite 300 LB 238
Amarillo, TX 79101-2442
806/324-2322
Fax: 806/324-2399 FAX
Email: vicki.lamberson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2007 | ❶1 | CRIMINAL COMPLAINT with Affidavit as to David Henry Schneider (1). (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
| 02/05/2007 | ❶2 | *SEALED* *** Arrest Warrant Issued in case as to David Henry Schneider. (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
| 02/05/2007 | ❶ | Arrest of David Henry Schneider (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
| 02/05/2007 | ❶3 | Arrest Warrant Returned Executed on 2/5/06 in case as to David Henry Schneider. (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
| 02/05/2007 | ❶4 | NOTICE OF ATTORNEY APPEARANCE by Selden B Hale, III appearing for David Henry Schneider (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
| 02/05/2007 | ❶5 | Minute Entry for proceedings held before Judge Clinton E Averitte : Initial Appearance as to David Henry Schneider held on 2/5/07., Set Hearings : Preliminary Examination set for 2/22/2007 09:30 AM before Magistrate Judge Clinton E Averitte. Dft. released on $10,000 unsecured bond. Attorney Appearances: AUSA - V. Lamberson; Defense - S. Hale. (Court Reporter BFB/Tape 07-20.) Time in Court: 25. (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
| 02/05/2007 | ❶6 | ORDER Setting Conditions of Release as to David Henry Schneider (1)$10,000.00 unsecured bond (Signed by Judge Clinton E Averitte on 2/5/07) (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |

| 02/05/2007 | ●7 | Unsecured Bond Entered as to David Henry Schneider in amount of $10,000 (bfb) [2:07-mj-00012] (Entered: 02/06/2007) |
|---|---|---|
| 02/05/2007 | ●8 | ORDER ON INITIAL APPEARANCE, ORDER SCHEDULING PRELIMINARY EXAMINATION AND ORDER SETTING BOND as to David Henry Schneider: Gov. did not move to detain dft; dft released on $10,000 unsecured bond with conditions of release. Prel. Exam set for 2/22/07 @ 9:30 a.m. (Signed by Judge Clinton E Averitte on 2/5/07) (bfb) [2:07-mj-00012] (Entered: 02/07/2007) |
| 02/21/2007 | ●9 | INDICTMENT as to David Henry Schneider (1) count(s) 1. (jeh) (Entered: 02/21/2007) |
| 02/21/2007 | ●10 | ORDER Designating Case for ECF - see order for specifics. (Signed by Judge Mary Lou Robinson on 11/14/05) (jeh) (Entered: 02/21/2007) |
| 02/21/2007 | ●11 | ORDER Designating Case for ECF - (Standing Order for Electronic Filings Related to Matters Referred to U.S. Magistrate Judge Clinton E. Averitte) see order for specifics. (jeh) (Entered: 02/21/2007) |
| 02/22/2007 | ●12 | Minute Entry for proceedings held before Judge Clinton E Averitte : Arraignment as to David Henry Schneider (1) Count 1 held on 2/22/07., Plea entered by David Henry Schneider: Not Guilty on counts 1. Pretrial motions due 3/16/07, responses due 3/26/07. Dft. continued on bond. Attorney Appearances: AUSA - Vicki Lamberson; Defense - Selden Hale. (Court Reporter BFB/Tape 07-29.) Time in Court: 10 min. (bfb) (Entered: 02/22/2007) |
| 02/22/2007 | ●13 | ORDER ON ARRAIGNMENT AND ORDER SETTING DATES as to David Henry Schneider:, SCHEDULING ORDER Pretrial Materials due by 3/16/2007. Responses due by 3/26/2007 (Signed by Judge Clinton E Averitte on 2/22/07) (bfb) (Entered: 02/22/2007) |
| 03/15/2007 | ●14 | MOTION for Discovery by David Henry Schneider (Hale, Selden) (Entered: 03/15/2007) |
| 03/15/2007 | ●15 | MOTION for Discovery *for Pre-Trial Production of all Jencks Act Material* by David Henry Schneider (Hale, Selden) (Entered: 03/15/2007) |
| 03/15/2007 | ●16 | Brief/Memorandum in Support by David Henry Schneider re 15 MOTION for Discovery *for Pre-Trial Production of all Jencks Act Material* (Hale, Selden) (Entered: 03/15/2007) |
| 03/21/2007 | ●17 | ORDER SETTING PRETRIAL HEARINGS, DOCKET CALL, AND TRIAL IN CRIMINAL CASES as to David Henry Schneider: Docket Call set for 4/23/2007 09:30 AM before Judge Mary Lou Robinson. Jury Trial set for 4/24/2007 09:00 AM before Judge Mary Lou Robinson. Pretrial Hearing set for 4/3/2007 09:30 AM before Magistrate Judge Clinton E Averitte. (Signed by Judge Clinton E Averitte on 3/21/07) (djs) (Entered: 03/21/2007) |

| 03/26/2007 | ●18 | First MOTION to Continue by David Henry Schneider (Hale, Selden) (Entered: 03/26/2007) |
|---|---|---|
| 03/26/2007 | ●19 | RESPONSE in Opposition by USA as to David Henry Schneider re 14 MOTION for Discovery (Lamberson, Vicki) (Entered: 03/26/2007) |
| 03/26/2007 | ●20 | RESPONSE by USA as to David Henry Schneider re 15 MOTION for Discovery *for Pre-Trial Production of all Jencks Act Material* (Lamberson, Vicki) (Entered: 03/26/2007) |
| 03/27/2007 | ●21 | ORDER granting 18 Motion to Continue as to David Henry Schneider (1) Pretrial Hearing re-set for 4/10/2007 09:30 AM before Magistrate Judge Clinton E Averitte. (Signed by Judge Clinton E Averitte on 3/27/07) (jeh) (Entered: 03/27/2007) |
| 03/27/2007 | ●22 | GENERAL DISCOVERY ORDER terminating 14 Motion for Discovery as to David Henry Schneider (1); terminating 15 Motion for Discovery as to David Henry Schneider (1) (Signed by Judge Clinton E Averitte on 3/27/07) (jeh) (Entered: 03/27/2007) |
| 04/02/2007 | ●23 | ORDER VACATING PRE-TRIAL HEARING set for 4/10/07 as to David Henry Schneider: The setting for docket call and for trial on April 23 and April 24, 2007, respectively, remain in effect. (Signed by Judge Clinton E Averitte on 4/2/07) (jeh) (Entered: 04/02/2007) |
| 04/11/2007 | ●24 | SUPERSEDING INFORMATION as to David Henry Schneider (1) count(s) 1s. (jeh) (Entered: 04/11/2007) |
| 04/12/2007 | ●25 | ORDER SCHEDULING ARRAIGNMENT as to David Henry Schneider: Arraignment set for 4/17/2007 09:30 AM before Magistrate Judge Clinton E Averitte. (Signed by Judge Clinton E Averitte on 4/12/07) (jeh) (Entered: 04/12/2007) |
| 04/17/2007 | ❍ | Minute Entry for proceedings held before Judge Mary Lou Robinson : Deft sworn; REARRAIGNMENT Hearing as to David Henry Schneider held on 4/17/2007. Plea entered by David Henry Schneider (1) Guilty Count 1s of one-count Superseding Information. Waiver of Indictment filed; Plea Agreement filed; Factual Resume filed; Order for PSI. Deft's bond conditions continued. Attorney Appearances: AUSA - Vicki Lamberson; Defense - Selden Hale. (Court Reporter Stacy Morrison.) Time in Court: 15 minutes. NO PDF ATTACHED. (sas) (Entered: 04/17/2007) |
| 04/17/2007 | ●26 | WAIVER OF INDICTMENT by David Henry Schneider (sas) (Entered: 04/17/2007) |
| 04/17/2007 | ●27 | PLEA AGREEMENT as to David Henry Schneider (sas) (Entered: 04/17/2007) |
| 04/17/2007 | ●28 | Factual Resume as to David Henry Schneider (sas) (Entered: 04/17/2007) |
| 04/17/2007 | ●29 | ORDER ACCEPTING PLEA & PLEA AGREEMENT as to David Henry Schneider. (Signed by Judge Mary Lou Robinson on 4/17/2007) (sas) |

| | | (Entered: 04/17/2007) |
|---|---|---|
| 04/17/2007 | ●30 | Sentencing Scheduling Order as to David Henry Schneider: Presentence Investigation Report due by 5/22/2007. Objections to Presentence Investigation Report due by 6/5/2007. If written statement delivered adopting findings, sentencing will be 6/12/2007, or as soon thereafter as possible. Presentence Investigation Addendum due by 6/12/2007. Objections to Presentence Investigation Addendum due by 6/19/2007. Sentencing will be 6/26/2007, or as soon thereafter as possible. (Signed by Judge Mary Lou Robinson on 4/17/2007) (sas) (Entered: 04/17/2007) |
| 04/17/2007 | ❏ | (Court only) Terminate Deadlines and Hearings as to David Henry Schneider:, Judge update Judge Clinton E Averitte no longer assigned to case., Clear CASREF Flag (sas) (Entered: 04/17/2007) |
| 04/17/2007 | ●31 | Minute Entry for proceedings held before Judge Clinton E Averitte : Arraignment as to David Henry Schneider (1) Count 1s held on 4/17/07., Plea entered by David Henry Schneider: Not Guilty on counts 1s. Attorney Appearances: AUSA - Vicki Lamberson; Defense - Selden Hale. (Court Reporter BFB/Tape 07-56.) Time in Court: 10 min. (bfb) (Entered: 04/18/2007) |
| 04/17/2007 | ●32 | ORDER ON ARRAIGNMENT as to David Henry Schneider. Dft. appeared with retained counsel S. Hale, entered plea of not guilty. (Signed by Judge Clinton E Averitte on 4/17/07) (bfb) (Entered: 04/18/2007) |
| 06/14/2007 | ●33 | ORDER SETTING SENTENCING as to David Henry Schneider: Sentencing set for 6/19/2007 09:30 AM before Judge Mary Lou Robinson. (Signed by Judge Mary Lou Robinson on 6/14/07) (jeh) (Entered: 06/14/2007) |
| 06/19/2007 | ❏ | Minute Entry for SENTENCING proceedings held before Judge Mary Lou Robinson on 6/19/2007 for David Henry Schneider (1), Count 1, Dismissed on Govt Motion; Count 1s, Deft committed to custody BOP for a term of 6 months; S/R 1 year w/standard and special conditions; S/A $100.00. Deft is to report self at own expense before 2:00 p.m. on July 10, 2007; Court recommends incarceration as close to San Francisco, CA, as is consistent with defendant's classification. Attorney Appearances: AUSA - Vicki Lamberson; Defense - Selden Hale. (Court Reporter Stacy Morrison.) Time in Court: 10 minutes. NO PDF ATTACHED. (sas) (Entered: 06/19/2007) |
| 06/19/2007 | ●34 | JUDGMENT David Henry Schneider (1), Count(s) 1, Dismissed on Govt Motion; Count(s) 1s, Deft committed to custody BOP for a term of 6 months; The court makes the following recommendations to the BOP: that deft be incarcerated as close to San Francisco, CA, as is consistent with deft's classification. The deft shall surrender for service of sentence at the institution designated by the BOP before 2:00 p.m. on 7/10/07 at his own expense. S/R 1 year w/standard and special conditions; S/A $100.00 (Signed by Judge Mary Lou Robinson on 6/19/07) (jeh) (Entered: 06/20/2007) |

| 01/31/2008 | ○35 | ORDER TRANSFERRING PROBATION JURISDICTION as to David Henry Schneider pursuant to 18 USC 3605 with the records of transferring court to the US District Court for ND/CA, San Francisco Division from ND/TX Amarillo upon order accepting jurisdiction. Case number in other district: CR 08-0037-CRB. (Signed by Judge Mary Lou Robinson on 1/15/08) (jeh) (Entered: 01/31/2008) |

01/31/2008 12:04 PM EDT

Version 7.0.1  Page 1  of  3

**U.S. Courts**
**Case Inquiry Report**

**Case Number**   DTXN207CR000063      **Case Title**   USA V DAVID HENRY SCHNEIDER
**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|--------|-----------|-----------|-----------|-----------------|-------------------|
| 001 | DAVID HENRY SCHNEIDER | SPECIAL PENALTY ASSESS | 100.00 | 100.00 | 0.00 |
| | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | | Account Code | Depository Total |
|-----------------|-----------------|--------------|--|--------------|------------------|

Certified a true copy of an instrument
on file in my office on __1-31-08__
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

01/31/2008 12:04 PM EDT

## U.S. Courts
## Case Inquiry Report

**Detailed Party Information:**

| Party Number | Party Name |
|---|---|
| 001 | DAVID HENRY SCHNEIDER |

**Debt Type**
SPECIAL PENALTY ASSESS

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | | | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

**Totals**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

Version 7.0.1  Page 3  of  3

**U.S. Courts**
**Case Inquiry Report**

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | | | |
| CT AM001120 DTXN207CR000063-001 | 09/24/2007 1 | 09/26/2007 SPECIAL PENALTY ASSESS | PR | 100.00 | DAVID HENRY SCHNEIDER | O | 04 | 504100 |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |